# Notice Recipients

District/Off: 0207−1     User: mmendieta     Date Created: 9/8/2015
Case: 1−15−44128−cec     Form ID: 270     Total: 3

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson     anisselson@windelsmarx.com

                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Harold Tischler     4316 17th Avenue     Brooklyn, NY 11204
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014

                                                TOTAL: 2