CASE # 1-15-44128-cec

**HAROLD TISCHLER**

**4316 17TH AVENUE**

**BROOKLYN NY 11204**

**718-854-7596**

SEPTEMBER 8, 2015

TO WHOM IT MAY CONCERN

I AM SELF EMPLOYEED AND WORK FOR VARIOUS PEOPLE AND COMPANIES

I EARN ON THE AVERAGE OF $3,333.00 PER MONTH

I WILL EARN THIS YEAR $39,996.00

I AM TRYING TO INCREASE MY REVENUE BY FINDING MORE WORK AND DO MORE SALES

I WAS OUT OF WORK FROM AUGUST 28, 2013 TILL JUNE 15, 2014 FOR I WAS INCARCERATED FOR 9 MONTHS AND 1 WEEK

I HAVE SINCE RETURNED TO WORK AND AM READY TO GET MYSELF ON MY FEET

I AM HOPING TO DO BETTER IN THE COMING YEARS

HAROLD TISCHLER

*[signature]*

RECEIVED 2015 SEP -9 P 1:09 CLERK BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

*[Notary stamp]*
MARTIN DEUTSCH
Notary Public, State of New York
No. 01DE6029838
Qualified in Kings County
Commission Expires August 30, 20 17