| Information to identify the case: | |
|---|---|
| Debtor 1  **Harold Tischler** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx−xx−4422** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **1−15−44128−cec** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- David J. Doyaga (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Carla E. Craig  
United States Bankruptcy Judge

Dated: October 11, 2019

**BLfnld7** [Final Decree 7 rev 12/01/15]