UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                      Chapter 7

       HAROLD TISCHLER,                        Case No.: 15-44128-jmm

                  Debtor.
-----------------------------------------------------------x

## ORDER REOPENING CASE

UPON the motion (the "Motion") of David J. Doyaga, Sr., Chapter 7 Trustee ("Movant") of the Estate of Harold Tischler (the "Debtor"), by and through his proposed attorneys, the Law Offices of Avrum J. Rosen, PLLC, for entry of an order pursuant to section 350(b), Title 11, United States Code (the "Bankruptcy Code") and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), reopening the above captioned case and directing the United States Trustee to appoint a Chapter 7 trustee; and it appears that notice of the Motion was good and sufficient, and no opposition to the Motion was filed with the Court or any opposition having been overruled or withdrawn; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that pursuant to section 350(b) of the Bankruptcy Code and Rule 5010 of the Bankruptcy Rules, the Motion is granted; and it is further

**ORDERED**, that the above captioned case is hereby reopened; and it is further

**ORDERED**, that the United States Trustee is directed to appoint a Chapter 7 Trustee in this matter.

**Dated: Brooklyn, New York**
       **April 21, 2021**

                                                          **Jil Mazer-Marino**
                                                 **United States Bankruptcy Judge**