| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Harold Tischler** | Social Security number or ITIN:  xxx–xx–4422 |
| | First Name   Middle Name   Last Name | EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _ EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | |
| Case number: | **1–15–44128–jmm** | Date case filed for chapter:    7      9/8/15 |

# NOTICE OF REOPENING CASE AND DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

The above captioned case was reopened by order of the court dated April 21, 2021.

It appeared from the schedules when this case was originally filed there were no assets from which dividends could be paid to creditors. It appears now that the payment of a dividend may be possible.

Creditors must now file claims in order to share in any distribution from the estate.  Creditors who had previously filed a claim in this case **MUST** file a new claim. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT

271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

Claims must be filed on or before July 20, 2021

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office. If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive and mail it to the address stated above.

Dated: April 22, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

BLnreopPOC.jsp [Reopen Case and Discovery of Assets Rev 02/01/17]