UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

In re:

                                                         Case No.: 15-44128-jmm

Harold Tischler,

                                                         (Chapter 7)

                     Debtor(s).
-------------------------------------------------------

                                                           x

## NOTICE OF APPOINTMENT OF TRUSTEE

To:    David J. Doyaga, Esq.
        26 Court Street
        Suite 1601
        Brooklyn, NY 11242

       The United States Trustee hereby appoints you as interim trustee, under 11 U.S.C. 701(a), in the above captioned case, which was reopened on April 21, 2021.

       You are covered by the Chapter 7 Blanket Bond, issued by the Liberty Mutual Insurance Company, which is on file with the Office of the United States Trustee for the Eastern District of New York, Brooklyn, New York. *See* 11 U.S.C. 322(a) and Fed. R. Bankr. P. 2010.  In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within seven days after receipt of this notice only if you reject this appointment. *See* Fed. R. Bankr. P. 2008 and 2010(a).

| | |
|---|---|
| Dated: New York, New York<br>      May 5, 2021 | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE, REGION 2<br><br>By:  /s/ Marylou Martin_____<br>      Marylou Martin<br>      Assistant United States Trustee<br>      201 Varick Street, Suite 1006<br>      New York, NY 10014<br>      Phone: 212.510.0500<br>      Facsimile: 212.668.2361<br>      Email: Marylou.Martin@usdoj.gov |