# Fidelity National Law Group
105 Eisenhower Parkway, Suite 103
Roseland, New Jersey 07068

**Christopher J. Balala, Esq.**
Telephone: (973) 863-7018
Facsimile: (973) 535-3407
Christopher.Balala@fnf.com

February 15, 2022

**<u>VIA E-FILING</u>**
Honorable Jil Mazer-Marino
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

    Re:   *In Re Harold Tischler*
           Case No. 15-44128-JMM
           Adv. Pro. 21-01050-JMM

Dear Judge Mazer-Marino:

    This firm represents Chicago Title Insurance Company ("CTIC"), in connection with the above referenced matter. I am writing to request that CTIC's Objection to the Trustee's Motion to Compromise Controversy and Approve Settlement Agreement Between the Chapter 7 Trustee and Linda Tischler, LTATMTJT531816 LLC and Harold and Linda Tischler, LLC be withdrawn.

    If you have any questions, please do not hesitate to contact me.

                                    Respectfully submitted,

                                    Christopher J. Balala

CJB/sd

cc:    Samuel Karpel, Esq. (via e-filing)